UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-23691-FAM

AGROINDUSTRIA OCOEÑA, S.A., a )
Dominican Republic corporation, )
                     Plaintiff, )
                     v. )
AVOCADOS PLUS INCORPORATED, a )
California corporation, d/b/a FRESH )
DIRECTIONS INTERNATIONAL, )
                     Defendant. )

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Agroindustria Ocoeña, S.A. ("AIOSA") and Defendant Avocados Plus Incorporated ("Avocados Plus") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that:

WHEREAS, AIOSA has brought a claim against Avocados Plus for the infringement of U.S. Plant Patent No. PP16,594 ("the '594 Patent") in connection with the sale and distribution of certain avocados in the United States;

WHEREAS, Avocados Plus has denied infringement of the '594 Patent, and has asserted counterclaims of non-infringement and invalidity of the '594 Patent;

WHEREAS, the counterclaim of non-infringement is based, in part, on an allegation by Avocados Plus that the named inventor of the '594 Patent, Carlos Castillo Pimentel, authorized the provision and unrestricted use of the stem, buds, and/or clippings of an avocado tree called Carla to his brother, Manuel Castillo Pimentel;

WHEREAS, as a result of such conduct, and based on subsequent actions, Avocados Plus

has alleged it possesses an unrestricted right to practice the invention claimed by the '594 Patent;

WHEREAS, the Parties, having reached agreement that Manuel Castillo Pimentel and Avocados Plus (and any other entity owned by Manuel Castillo Pimentel, including Agroforestal Macapi, S.A. and Fresh Directions Dominicana) have and have always had the unrestricted right to practice the invention claimed by the '594 Patent, are desirous of ending this litigation so that each may continue in its business practices without the burden of litigation;

WHEREAS, the Parties agree that no other entity was provided an unrestricted right to practice the invention claimed by the '594 Patent and that the foregoing shall not affect AIOSA's ability to assert the '594 Patent against third parties.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties that:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and (c) all claims, counterclaims, and defenses in this action are dismissed with prejudice.

2. The dismissal of all claims, counterclaims, and defenses in this action is not the result of any payment or agreement by or between the Parties.

3. Each Party is to bear its own costs, disbursements, and attorney fees.

4. This Court retains jurisdiction over the Parties for purposes of enforcing this Stipulation and Order of Dismissal with Prejudice.

5. The Clerk of the Court is directed to enter this order forthwith.

SO ORDERED this _____ day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Date:  June 10, 2019 | Respectfully submitted, |
| **LOTT & FISCHER, PL** | **HILL WARD HENDERSON** |
| Ury Fischer | *s/ Carolina Y. Blanco* |
| Ury Fischer<br>Florida Bar No. 048534<br>E-mail: ufischer@lottfischer.com<br>Noah H. Rashkind<br>Florida Bar No. 021945<br>E-mail: nrashkind@lottfischer.com<br>J. Andre Cortes<br>Florida Bar No. 1011276<br>E-mail: acortes@lottfischer.com<br>255 Aragon Avenue, Third Floor<br>Coral Gables, FL 33134<br>Telephone: (305) 448-7089<br>Facsimile: (305) 446-6191 | Carolina Y. Blanco<br>E-mail:  Carolina.blanco@hwhlaw.com<br>101 East Kennedy Blvd.<br>Suite 3700<br>Tampa, FL  33602<br>Telephone:  (813) 221-3900<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Deepro R. Mukerjee<br>E-mail:  deepro.mukerjee@kattenlaw.com<br>Lance A. Soderstrom<br>E-mail:  lance.soderstrom@kattenlaw.com<br>575 Madison Avenue<br>New York, NY 10022-2585<br>Tel: (212) 940-8800<br><br>Joseph M. Janusz<br>E-mail:  joe.janusz@kattenlaw.com<br>550 South Tryon Street<br>Suite 2900<br>Charlotte, NC 28202-4213<br>Tel: (704) 444-2000<br><br>Guylaine Haché<br>E-mail: guylaine.hache@kattenlaw.com<br>525 W. Monroe Street<br>Chicago, IL 50551-3693<br>Tel: (312) 902-5619 |
| *Attorneys for Plaintiff Agroindustria Ocoeña, S.A.* | *Attorneys for Defendant  Avocados Plus Incorporated* |